IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **Russell E. Garner** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | *   Civil Case No. 01:06cv781-MHT |
| | * |
| **Progressive Direct Insurance Company,** | * |
| | * |
| **Defendant.** | * |

## REPORT OF PARTIES PLANNING MEETING

I.   Pursuant to Fed. R. Civ. P. 26(f), a scheduling meeting was held on September 26, 2006, and was attended by:

David W. Rousseau for Plaintiff

Alex Holtsford for Defendant

II.   Pre-Discovery Disclosures

The parties will exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) within twenty-one days after the scheduling order has been entered.

III.   Discovery Plan

The parties jointly propose to the Court the following discovery plan:

a.   All discovery commenced in time to be completed by March 12, 2007.

b.   Maximum of 40 interrogatories by each party to the other party; responses are due 30 days after service.

c.   Maximum of 30 requests for admissions by each party to the other party; responses due 30 days after service;

d.   Maximum of 10 depositions by Plaintiff and 10 depositions by Defendants.
e.   Each deposition will not exceed four hours unless agreed to by the parties.

f.      Reports from retained experts under Rule 26(a)(2) due:

          From Plaintiffs  :    December 1, 2006
          From Defendants :    January 1, 2007

IV.     Other Items

a.      Parties do not request a conference with the Court before entry of the scheduling order;

b.      The parties request a pretrial conference in April 2007.

c.      Plaintiffs will be allowed until December 1, 2006, to join additional parties and until December 1, 2006, to amend pleadings.

d.      Defendants shall be allowed until January 1, 2007, to join additional parties and until January 1, 2007, to amend pleadings.

e.      All potentially dispositive motions should be filed by March 12, 2007.

f.      Final list of witness and exhibits under Rule 26(a)(3) should be due:

          Plaintiff's exhibit list -    March 12, 2007
          Plaintiff's witness list -    March 12, 2007

          Defendant's exhibit list -    March 12, 2007
          Defendant's witness list -    March 12, 2007

g.      Parties should have ten days after service of final list of witnesses and exhibits to list an objection under Rule 26(a)(3).

h.      The case should be ready for trial by May 7, 2007, and is expected to take approximately 2 days.

Dated: September 26, 2006 _____

                                          /s Alex L. Holtsford, Jr_____
                                          Alex L. Holtsford, Jr. (HOL048)
                                          Attorney for Defendant

OF COUNSEL:
Nix Holtsford Gilliland
      Higgins & Hitson, P.C.
Post Office Box 4128

Montgomery, Alabama 36104
334-215-8585

                                                  s/David W. Rousseau
                                                  David W. Rousseau
                                                  Attorney for Plaintiff

OF COUNSEL:

David W. Rousseau
Attorney For Plaintiff
211 W. Adams Street
Dothan, Alabama 36303