**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                             TELEPHONE (334) 954-3600

October 26, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Garner v. Progressive Direct Insurance Company

Case Number:   1:06cv00781-MHT

**This Notice of Correction was filed in the referenced case this date to correct the main PDF document previously attached to include the signature date.**

**The correct main PDF document is attached to this notice for your review.  Reference is made to document # 8   filed on    October 25, 2006.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **Russell E. Garner** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | Civil Case No. 01:06cv781-MHT |
| | * | |
| **Progressive Direct Insurance Company,** | * | |
| | * | |
| **Defendant.** | * | |

**DEFENDANT'S MOTION FOR ENTRY OF HIPAA ORDER**

COMES NOW the Defendant, by and through counsel, and respectfully requests this Honorable Court to sign and enter the attached HIPAA Order in this case. Said Order is necessary so that the Defendant may obtain mental health records which are relevant and material to the claims asserted against the Defendant by the Plaintiff in this case.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests this Honorable Court to sign and enter the attached HIPAA Order so that the Defendant may utilize said order to begin discovery of relevant and material medical information with respect to the Plaintiff.

Respectfully submitted this the 25th day of October, 2006.

                                                                                           _/s/ Jason D. Darneille_____
                                                                                           Alex L. Holtsford, Jr. (HOL048)
                                                                                           Jason D. Darneille (DAR011)
                                                                                           Attorneys for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon:

David W. Rousseau
Attorney For Plaintiff
211 W. Adams Street
Dothan, Alabama 36303

by placing same in the United States Mail, postage prepaid, on this the _25th_ day of October, 2006.


                                                     _/s/ Jason D. Darneille_____
                                                     OF COUNSEL