IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUSSELL E. GARNER, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| VS. | *   Case No. 1:06cv781-MHT |
| | * |
| PROGRESSIVE DIRECT INSURANCE | * |
| COMPANY, | * |
| | * |
| DEFENDANT. | * |

**Plaintiff's Response to Defendant's Motion for Summary Judgment**

      Comes now the Plaintiff by and through the undersigned attorney and would show unto the Court as follows:

      1.  From Counsel's reading of the Court's scheduling order of September 28, 2006, the Defendant's motion for summary judgment is untimely filed.  The deadline was February 12, 2007.

      2.  The Defendant never affirmatively pled the statute of limitations in its answer.  The deadline to amend the pleadings was January 3, 2007.  Failure to assert constitutes waiver.

      3.  The party responsible for the accident, Cindy R. Greene, was listed as having Progressive Insurance on the accident report.  A copy of the accident report is attached to this pleading as Exhibit "A".

      4.  Counsel was informed sometime before September 28, 2004, that Ms. Green's policy had lapsed due to non–payment. See letter sent to Ms. Greene as Exhibit "B".

      5.  Plaintiff filed suit against his uninsured motorist carrier before the two year statute of limitations ran.

      6.  The Defendant filed suit against Ms. Green on its behalf and on behalf of the Plaintiff to recover the amount paid for the property damage the Defendant paid on behalf of Plaintiff.  A copy of that complaint is attached as Exhibit "C".

      7.  On June 6, 2006, this Defendant sent a letter to the Plaintiff which indicated "Our investigation of your loss on August 9, 2004 indicates that another party is

responsible for some or all of your damages." See Progressive letter attached as Exhibit "D".

      8. In addition to the numerous factual issues addressed above there are legal issues which prevent this Court from rendering a Summary Judgment.

Legal Analysis

The Defendant places a great deal of emphasis on the most recent Court of Civil Appeals case, State Farm v. Mason. The Mason opinion noted:

> State Farm moved for a summary judgment, alleging that because the motor-vehicle collision made the basis of the complaint occurred on March 20, 2001, and Mason's complaint was not filed until March 26, 2003, the complaint was barred by the two-year statutory limitations period set out in § 6-2-38( *l*), Ala.Code 1975. State Farm's brief in support of its summary-judgment motion noted that the North Carolina Supreme Court, in *Brown v. Lumbermens Mutual Casualty Co.,* 285 N.C. 313, 204 S.E.2d 829 (1974), had held that a limitations defense available to an uninsured motorist should, as a matter of law, be available to an insurer defending against a claim for UM benefits based upon conduct of that motorist and should, in an appropriate case, bar such a claim.

Mason, --- So.2d ----, 2007 WL 80487, *1 (Ala.Civ.App. 2007). In this case the Plaintiff filed suit the day before the statute ran. In addition, a suit was filed on the Plaintiff's behalf by this Defendant. Numerous cases indicate that the Plaintiff does not need to obtain a judgment against the uninsured motorist to establish that he is "legally entitled to recovery." Ex Parte State Farm Mut. Auto. Ins. Co., 893 So. 2d 1111, 1115 (Ala. 2005).

The Defendant's analysis of Continental National Indemnity Company v. Fields, 926 So. 2d 1033 (Ala. 2005) is similarly incorrect. In that case the plaintiff suffered a personal injury in a collision with an uninsured motorist. For reason totally unrelated to that collision, the plaintiff died before a suit or claim was filed. Claims for personal injury which are not filed cannot be pursued by the estate whether uninsured motorist coverage is an issue or not. The Fields Court noted:

> Fields [the deceased plaintiff] argues that this case is distinguishable from *Carlton* and the cases we overruled in *Carlton* because, she argues, Tamms could have sued and recovered from the uninsured motorist in tort before her death. Thus, Fields asserts, this Court should allow Tamms's estate to recover under the uninsured-motorist statute, notwithstanding the fact that the estate cannot recover directly from the uninsured motorist. In effect, Fields asks us to create a new exception to the plain language of the uninsured-motorist statute, which requires the insured to be "legally entitled to recover" from the uninsured motorist. Fields, as personal representative of Tamms's estate, is not legally entitled to recover from the uninsured motorist. The uninsured-motorist statute carves out no exception for causes of action that may have been viable at one time but that are barred by a defense at the time they are filed.

Fields, at 1038.

In this case the Plaintiff filed suit before the two year statute ran. In addition the Defendant has conducted an investigation and determined that the uninsured motorist is at fault. Most importantly, the Defendant has retained counsel and instituted an action on its behalf and on behalf of my client in state court to recover the amount paid to Plaintiff for part of his property damage. Based upon all of these factors, Plaintiff respectfully submits that the Defendant's claim is due to be denied.

    _s/ David W. Rousseau_
DAVID W. ROUSSEAU (ROU007)
211 W. Adams Street
Dothan, Alabama  36303
(334) 699-9000
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Nix, Holtsford, Gilliland, Higgins
& Hitson, P.C.

P.O. Box 4128
Montgomery, AL  36103-4128

                                                s/ David W. Rousseau_____
                                                Of counsel

IN THE CIRCUIT COURT OF DALE COUNTY, ALABAMA

PROGRESSIVE INSURANCE COMPANY )
AS SUBROGEE OF RUSSELL GARNER )
AND RUSSELL GARNER, INDIVIDUALLY, )
                                                         )
    Plaintiffs,                               )
                                                         )
v.                                               )        CASE NO. CV 2006- 161 M
                                                         )
CINDY GREENE,                     )
                                                         )
    Defendant.                            )

## COMPLAINT

On or about the 9th day of August, 2004 while traveling on Alabama Highway 27 within Dale County, Alabama the Defendant, negligently and/or wantonly caused or allowed the motor vehicle she was driving to collide with a motor vehicle owned and occupied by the Plaintiff's insured. As a proximate consequence of the Defendant's negligence and/or wantonness, the Plaintiffs insured's vehicle was bent, broken, and rendered less valuable wherein the Plaintiffs paid to their insured by and through a policy of insurance in force and effect at the time of the above described accident, Twelve Thousand Ten Dollars and 50/100 ($12,010.50) wherein the insured had a Five Hundred Dollar and 00/100 ($500.00) deductible.

    WHEREFORE, the Plaintiffs demand judgment against the Defendant for the sum of Twelve Thousand Five Hundred Ten Dollars and 50/100 ($12,510.50), plus interest and court costs.

Respectfully submitted.

_____
BERNARD B CARR (CAR063)
ATTORNEY FOR THE PLAINTIFFS

OF COUNSEL:

**CHAMBLESS ❖ MATH, P.C.**
Post Office Box 230759
Montgomery, AL 36123-0759
(334) 272-2230

JUL 2 8 2006

THE
# GAMBLE LAW FIRM, P.C.
206 East Main Street
Post Office Box 2104
Dothan, Alabama 36302

Michael J. Gamble
David W. Rousseau

Telephone 334-793-2889
Telecopier 334-792-9611

September 28, 2004

Cindy R. Greene
347 County Road 401
Ozark, Alabama 36360

Dear Ms. Greene:

    I have been informed by the insurance company listed on the accident report, Progressive, which indicates that your policy was cancelled shortly before the accident in July. I would be very much interested in talking to you about the circumstances surrounding that cancellation. Sometimes if your vehicle has a lien on it, the lien holder is required to be given information about the cancellation. In any event, it is in my clients best interest if there is some sort of insurance out there. Please contact me so we can discuss this matter in greater detail.

                                           Sincerely,

                                           David W. Rousseau

DWR/cjf

**PROGRESSIVE**®

Subrogation Unit
P.O. Box 43258
Richmond Heights, OH 44143

Underwritten by:
Progressive Direct Insurance Co.
Claim number: 04-3537977
Date of loss: August 9, 2004
Today's date: June 6, 2006

RUSSELL E GARNER
888 WILLLOGAN RD
OZARK, AL 36360

1-800-734-0029
Monday through Friday 7:00 a.m. to 9:00 p.m. EST
Saturday 9:00 a.m. to 5:00 p.m. EST

# Deductible reimbursement

Our investigation of your loss on August 9, 2004 indicates that another party is responsible for some or all of your damages. We will be seeking reimbursement from the other party for the portion of our payments for which they are responsible. Unless you request otherwise, we will include a separate demand for reimbursement of your deductible.

Our investigation shows that the other party is uninsured. It usually takes longer to recover from an uninsured party. Our ability to recover, and the speed with which we are able to do so, will depend on the ability and willingness of the other party to pay our claim. If the other party is unwilling to pay our claim, we may, at our sole discretion, pursue our claim through the available legal channels. This may significantly increase the time it takes to resolve this matter. We will inform you if we have to take this further action.

It is possible that you will not receive full or even partial reimbursement of your deductible if the other party refuses to cooperate with our collection attempts or if we find it necessary to incur expenses or legal fees to collect your deductible.

You have the right to opt out of our recovery efforts and pursue reimbursement of your deductible payment on your own. If you do not want us to pursue recovery of your deductible, please call by June 20, 2006 to inform us of your decision.

If we have not collected your deductible by September 4, 2006 we will provide a further status report to you. Please let us know if you change your address or telephone number so that we can contact you.

If you have any questions regarding the collection process or the status of our collection efforts, please contact us at the number above or go to progressive.com.

Form 4964 (03/05)

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

AST-27 REV. 9/91

DPS Accident No. 4521656

Sheet 1 of 3 Sheet(s)    Microfilm No. _____    Local Case No. _____

## Location and Time

- Date: 08 / 09 / 2004
- Time: 8:55 AM (PM/MT circled: PM)
- Day of Week: M (circled) T W TH F S S
- County: 26
- City: ___
- Rural: X
- Highway Classification: S – State (circled); I–Interstate, F–Federal, M–Municipal, C–County, P–Private Prop., O–Other
- Local Zone: ___
- On Street, Road or Highway: AL. 27
- At Intersection of or Between (Node 1): Co. Rd. 123
- And (Node 2): Coffee County Line
- Street or Road Code: S027
- Node 1: 7210
- Node 2: 7207
- Feet/Miles From Node 1 or 2: 0 0 1.0 Miles (circled: 1)
- Prime Contr Circms: 23
- Prime Contr Unit No: 1
- Intersection Related: Not Int. Related (N circled); 1-Node 1, 2-Node 2
- Mile Post: 040.80
- Control Access Hwy Loc: 6 – N/A (circled)
- First Harmful Event: 20
- Event Location: 1
- Distance to Fixed Object: NA FT.

Noncollision Event: 01-Overturned, 02-Fire/Explosion, 03-Immersion, 04-Gas Inhalation, 05-Spill, 06-Road/Bridge Collapsed, 07-Jackknife, 08-Parts/Cargo Fell from Moving Vehicle, 09-Trailer Hitch Came Loose

Collision Event: 15-Pedestrian(s), 20-Non-parked Vehicle, 30-Parked Vehicle, 35-Train, 40-Pedal Cyclist, 45-Animal, 51-Guardrail, 52-Crash Cushion, 53-Utility Pole, 54-Non-breakaway Light, 55-Tree, 56-Fire Hydrant, 57-Pier or Column, 58-Non-breakaway Sign, 59-(other), 61-Mailbox(es), 62-Gas Line, 63-Barricade, 64-Bridge Rail, 65-Culvert Headwall, 66-Curbing, 67-Retaining Wall, 68-Median Barrier, 69-Sideslope, 70-Animal with Rider, 71-Building, 72-Fence, 73-Boulder, 74-Ditch, 75-Overpass/Underpass, 76-Other Fixed Object, 77-Breakaway Sign, 78-Manhole, 79-Telephone Booth, 80-Guy Wire, 81-Breakaway Light, 82-Overhead Object, 84-Bridge Abutment, 87-Other, 90-Foreign Material in Road, 93-Pothole, 97-None, 98-Other

## Unit 1 — Driver / Vehicle

Unit No: 1 — Left Scene: (blank) — M Veh

- Driver Full Name: Cindy R. Greene
- Street Address: 347 Co. Rd. 401
- City and State: Ozark, AL.
- ZIP: 36360
- Telephone No.: 334-774-7422
- DOB: 01 / 07 / 1982
- Race: W    Sex: F    DL State: AL
- Driver License No.: 6758443
- DL Class: D    DL Status: C
- List Restrictions Not Complied With: N (circled X)
- CDL Status: N
- List Endorsements Not Complied With: ___
- Residence Less Than 25 Miles: Yes (circled) / No
- Place of Employment: Apple Bee's, Ozark, AL.
- Liability Insurance Co.: Progressive
- Social Security No.: 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
- Driver Condition: 1-No Defect, 2-Apparently Asleep, 3-Fatigued, 4-Ill, 8-Other, 9-Unknown (9 circled)
- Sobriety — Officer's Opinion: Alcohol: Yes / No / Unk (No circled); Drugs: Yes / No / Unk (Unk circled)
- Type Test Given: 9-No Test (circled); 1-Blood Test, 2-Breath Test, 3-Urine Test, 4-Unable to Administer, 5-Refused Test
- Test Results: NA
- Maneuver: 11
- Travel Road Name: AL. 27
- Road Code: S027
- Travel Direction: N E S W A-Not on Rd U-Unk (S circled)
- Other Contr Circumstance: 99
- Prime Harm Event: 20
- Event Loc: 1
- Veh Year: 1995    Make: Ford    Model: Mus    Body: 2D
- V.I.N.: 1FALP4042SF203240
- License Tag Number: 26C469L    State: AL    Year: 2005
- Owner's Name: Same

Type: 1-Auto (circled); 2-StaWagon, 3-Pick Up, 4-Van, 5-Truck Tractor, 6-Other Truck, 7-Comm. Bus, 8-School Bus, 9-Other Bus, 10-Motorcycle, 11-Moped, 12-M. Scooter, 13-Pedal Cycle, 14-Farm Mach., 15-Train, 16-Road Equip., 17-Ridden Animal, 18-M. Home (R.V.), 19-ATV, 98-Other

Usage: 1-Personal (circled); 2-Driver Trng., 3-Construction, 4-Ambulance/Paramedical, 5-Military, 6-Taxi, 7-Transport Prop., 8-Agriculture, 9-Wrecker/Tow, 10-Police, 11-Other Business, 12-Bus/Pass. Transport., 13-Fire Fighting, 98-Other

Hazardous Cargo: 1-None (circled); 2-Explosive, 3-Gas, 4-Flam/Combust Liq., 5-Flammable Solids, 6-Oxidizer/Peroxide, 7-Poison, 8-Radioactive Matl., 9-Corrosive Material, 98-Other; Placard: Yes / No (NA circled)

Attachment: 1-None (circled); 2-Mobile Home, 3-Semi Trailer, 4-Utility Trailer, 5-4-Wheel Trailer, 6-Boat Trailer, 7-Camper Trailer, 8-Towed Vehicle, 9-Tanker, 10-Pole Trailer, 11-Double Trailer, 98-Other

Oversized Load (Req. Permit): Yes / No (NA circled); If Yes, Did Owner Have Permit?: Yes / No (NA circled)

Contributing Defect: 97-None (circled); 1-Brakes, 2-Steering, 3-Power Plant, 4-Suspension, 5-Tires, 6-Exhaust, 7-Lights, 8-Turn Signal, 9-Windows/W. Shield, 10-Restraint Sys., 11-Wheels, 12-Truck Coupling, 13-Cargo, 14-Fuel System, 98-Other, 99-Unknown

Circle Areas Damaged on Diagram: (areas 10, 8, 7 circled; 95 N/A)

- Speed Limit: 55 MPH
- Est. Speed: 55 MPH
- Citation Offense Charged: None
- Damage Severity: 1-None Visible, 2-Not Disabled, 3-Disabled (3 circled)
- Vehicle Towed Away?: Yes (circled) / No
- Occupants in Unit: 1
- Total Injuries in Unit: ___
- Enter Point of Initial Impact: 1 (with "11 – Attachment" noted)
- Vehicle Towed By Whom: South Union Wrecker
- To Where: South Union Shop

## Unit 2 — Driver / Vehicle

Unit No: 2 — Left Scene: (blank) — Com Veh (X in Vehicle or Pedestrian box)

- Driver/Pedestrian Full Name: Russell E. Garner
- Street Address: 888 Will Logan Rd.
- City and State: Ozark, AL.
- ZIP: 36360
- Telephone No.: 334-237-3071
- DOB: 09 / 27 / 1968
- Race: W    Sex: M    DL State: FL
- Driver License No.: G656-725-68-347-0
- DL Class: E    DL Status: C
- List Restrictions Not Complied With: N (circled X)
- CDL Status: ___
- List Endorsements Not Complied With: ___
- Residence Less Than 25 Miles: Yes (circled) / No
- Place of Employment: Self Employed
- Liability Insurance Co.: Progressive
- Social Security No.: 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
- Driver/Ped Condition: 1-No Defect (circled); 2-Apparently Asleep, 3-Fatigued, 4-Ill, 8-Other, 9-Unknown
- Sobriety — Officer's Opinion: Alcohol: Yes / No / Unk (No circled); Drugs: Yes / No / Unk (Unk circled)
- Type Test Given: 9-No Test (circled)
- Test Results: NA
- Maneuver/Action: 01
- Travel Road Name: AL. 27
- Road Code: S027
- Travel Direction: N E S W A-Not on Rd U-Unk (N circled)
- Other Contr Circumstance: 99
- Prime Harm Event: 20
- Event Loc: 1
- Veh Year: 2000    Make: Dodg    Model: Ram    Body: NA
- V.I.N.: 3B7HC13YXYM200264
- License Tag Number: 38F485P    State: AL    Year: 2005
- Owner's Name: Same

Type: 3-Pick Up (circled)

Usage: 1-Personal (circled)

Hazardous Cargo: 1-None (circled); Placard: Yes / No (NA circled)

Attachment: 1-None (circled)

Oversized Load: NA / NA

Contributing Defect: 97-None (circled)

Circle Areas Damaged on Diagram: (areas 10, 1, 2 circled; 95 N/A)

- Speed Limit: 55 MPH
- Est. Speed: 65 MPH
- Citation Offense Charged: None
- Damage Severity: 3-Disabled (circled)
- Vehicle Towed Away?: Yes (circled) / No
- Occupants in Unit: 1
- Total Injuries in Unit: ___
- Enter Point of Initial Impact: 1 (with "11 – Attachment" noted)
- Vehicle Towed By Whom: Road Doctor Wrecker
- To Where: Road Doctor Shop

## Codes

Contributing Circumstances:
01-Improper Passing, 02-Improper Lane Change/Usage, 03-Improper Turn/U-Turn, 04-Following Too Close, 05-Misjudge Stopping Dist, 06-Over Speed Limit, 07-Avoid Object/Person/Veh, 08-Unseen Object/Person/Veh, 09-Improper Attachment, 10-Inop Traffic Control, 11-Improper No Signal, 12-Fail to Heed Sign/Signal, 13-Improper Driving-Environ, 14-Veh Left Road, 15-Vision Obstruction, 16-Load Shift, 17-DUI, 18-Over Min Speed, 19-Improper Load/Size, 20-Improper Load/Size, 21-Fail to Yield Right-of-Way, 22-Driver Condition, 23-Wrong Side of Road, 24-Veh Pushed/Towed by Veh, 25-Veh Pushed by Person, 26-Veh Defect, 27-Driver Not in Control, 28-Defective Equipment, 29-Parts/Cargo from Veh, 30-Veh Violation, 31-Veh Wgt/Hgt/Length, 32-Under Influence, 33-Illegal/Improper Parking, 97-Other, 98-Other, 99-Unknown

Driver Maneuver:
01-Go Straight Ahead, 02-Pass on Left, 03-Pass on 1-Way Street, 04-Pass on Right, 05-Go Straight-Left Turn Lane, 06-Go Straight-Right Turn Lane, 07-Change Lanes-Left, 08-Change Lanes-Right, 09-Merge-Left, 10-Merge-Right, 11-Wrong Side of Road, 12-Wrong Way-1-Way, 13-Right Turn, 14-Left Turn, 15-U-Turn, 16-Start From Park, 17-Start in Traffic, 18-Slowing/Stopping, 19-Stopped in Traffic, 20-Parked Legally, 21-Parked-Illegally, 60-Entering Private Road/Property, 61-Exiting Private Road/Property, 62-PedlCyc Ride Against Traffic in Rd, 63-PedlCyc Ride Against Traffic off Rd, 64-PedlCyc Ride Across Road, 65-PedlCyc Ride in Bike Path, 70-Enter Parked Position, 86-Backing, 87-Pushed by Vehicle, 88-Pushed by Pedestrian, 99-Other

Pedestrian Action:
01-Cross/Enter-Intersection, 02-Cross/Enter-Other, 03-Walk in Road-With Traffic, 04-Walk in Road-Against Traffic, 05-Stand in Roadway, 06-Push/Work on Vehicle, 07-In Road-Other Work, 08-In Road-Playing, 09-Not in Road, 98-Other

Event Loc:
1-On Roadway, 2-Off Roadway, 3-Median, 4-Driveway, 5-Private Road/Property, 6-In Intersection

## SEATING

Unit 1: 1, 41
Unit 2: 2, 41

Other Involved Unit (Circle One):
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/Codes Not Applicable

## CODES — SAFETY EQUIPMENT

01 - None Installed
95 - Not Applicable
99 - Unknown (Any Type)
Lap Belts Only
11 - Fastened
12 - Not Fastened
Lap/Shoulder Harness
21 - Lap Only Used
22 - Neither Used
23 - Shoulder Only Used
24 - Both Used
Motorcycle Helmet
31 - None Used
32 - Used
Air Bags
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used
Child Restraints
81 - Child Restraint Used
82 - Other Restraint Used
83 - None Used
Pedal Cycle/Pedestrian
91 - Contrasting Clothing
92 - Non-contrasting Clothing

## VICTIMS

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| Cindy R. Greene | 347 Co. Rd. 401  Ozark, AL. | 1 | 1 | A | 22 | F | N | D |
| Taken To: Dale County Medical Ctr. | Taken By: Emergy-Stat Rescue | | | | | | | |
| Russell E. Garner | 888 Will Logan Rd.  Ozark, AL. | 2 | 1 | A | 35 | M | N | D |
| Taken To: Dale County Medical Ctr. | Taken By: Emergy-Stat Rescue | | | | | | | |

### CODES

Injury Type: K - Killed, A - Visible or Carried from Scene, B - Bruise/Abrasion/Swelling, C - Not Visible—Has Pain/Faint
Ejected: N - Not, T - Trapped, F - Fully, U - Unknown, P - Partially, A - Not Applicable
First Aid By: A - Ambulance Attended, M - Paramedic, P - Police, O - Doctor, O - Other, U - Unknown, N - None

## NARRATIVE AND DIAGRAM

See Sheet 3 Of 3 Sheets!

Officer's Opinion of What Happened: See Sheet 3 Of 3 Sheets!

## ROADWAY ENVIRONMENT

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit:

Unit 1: 1
Unit 2: 2

Contributing Road Defects: (4) 4 - None, 1 - Shoulders Low, 2 - Shoulders High, 3 - Holes, Bumps, Etc., 8 - Other
Surface Construction: (1) 1 - Asphalt, 2 - Concrete, 3 - Brick, 4 - Unpaved, 8 - Other
Condition: (1) 1 - Dry, 2 - Wet, 3 - Icy, 4 - Snowy/Slushy, 5 - Muddy, 8 - Other
Accident In Or Related To Road Construction Zone? No / No
Material In Roadway (Contributing): (1) 1 - None, 2 - R-, 3 - Trees/Limbs, 4 - Dirt, 5 - Gravel, 6 - Oil/Petrol, 8 - Other
Material Source: (1) 1 - Not Applicable, 2 - Natural Environment, 3 - Dropped From Vehicle, 4 - Already in Road, But Fell From Vehicle, 8 - Other, 9 - Unknown
Character: (1) 1 - Straight—Level, 2 - Straight—Down Grade, 3 - Straight—Up Grade, 4 - Straight—Hillcrest, 5 - Curve—Level, 6 - Curve—Down Grade, 7 - Curve—Up Grade, 8 - Curve—Hillcrest

Vision Obscured By: (97) 97 - Not Obscured, 1 - Buildings, 2 - Signboard, 3 - Trees, Crops, Bushes, 4 - Blowing Snow/Sand, 5 - Hillcrest, 6 - Curve in Road, 7 - Fog, 8 - Parked Vehicle, 9 - Moving Vehicle(s), 10 - Blinded by Sunlight, 11 - Fire/Smoke, 12 - Dust, 13 - Blinded by Headlights, 14 - Embankment, 15 - Rain on Windshield, 16 - Snow on Windshield, 98 - Other, 99 - Unknown

Traffic Control: (10) 1 - Police Officer, 2 - R.R. Crossing Gates, 3 - R R Flashing Lights, 4 - R.R. Cross Bucks/Pave. Mark, 5 - Pedestrian Control, 6 - Traffic Signal, 7 - Flashing Beacon, 8 - Stop Sign, 9 - Yield Sign, 10 - Lane Control Device, 11 - Flagger, 12 - No Passing Zone, 97 - None, 98 - Other
Traffic Control Functioning: Yes / Yes
DOT Railroad Crossing No. NA

Opposing Lanes Separated By: (4) 97 - None, 1 - Paved Surface, 2 - Unpaved Surface, 3 - Broken Painted Line, 4 - Solid Painted Line, 5 - Concrete Barrier, 6 - Metal Guard Rail, 7 - Fence, 98 - Other Barrier
Trafficway Lanes: (2) 1 - One Lane, 2 - Two Lanes, 3 - Three Lanes, 4 - Four Lanes, 5 - Five Lanes, 6 - Six Lanes or More
One-Way Street: No / No

## INVESTIGATION

Light: (4) 1 - Daylight, 2 - Dawn, 3 - Dusk, 4 - Darkness—Not Lit, 5 - Darkness—Road Lit
Weather: (2) 1 - Clear, 2 - Cloudy, 3 - Rain, 4 - Snow, 5 - Sleet/Hail, 6 - Crosswind, 7 - Fog, 8 - Other
Locale: (1) 1 - Open Country, 2 - Residential, 3 - Shop'g or Business, 4 - Mfg or Industrial, 5 - School, 6 - Playground, 8 - Other
Non-Vehicular Property Damage: (1) 1 - None Visible, 2 - Light, 3 - Moderate, 4 - Severe

Property Damage Description: Description: (blank)  Owner: NA  Address: (blank)

Time Police Notified: 9:08 PM
Time Police Arrived: 9:35 PM
Time EMS Arrived: 9:11 PM
Name of Photographer: NA

Witness Full Name: Juan G. P. Haddock   Address: 705 Whittle Hudson Rd. Ozark, AL.   Telephone: 334-774-0712
Witness Full Name: NA   Address: (blank)   Telephone: (blank)

Name of Investigating Officer: James W. Davis   Officer ID: 228   Agency ORI: ALAST3800   Supervisor Reviewed: 54
Name of Other Investigating Officer(s) at Scene: NA

The data on this report reflects my best knowledge, opinion and belief concerning the accident, but no warrant is made as to the factual accuracy thereof.

Signature of Investigating Officer: James W. Davis 228
Date: 08-09-2004

AST-27
REV. 7/91

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

DPS Accident No. 4521656

Shaded Areas To Be Used By Data Processing Only    Sheet 2 of 3 Sheet(s)    Microfilm No. _____    Local Case No. _____

## LOCATION AND TIME

| Date | Time | Day of Week | County | City | Rural | Highway Classification | Local Zone |
|---|---|---|---|---|---|---|---|
| 08 / 09 / 2004 | 8:55 PM | M (circled) T W TH F S S | 26 | | X | (S circled) State — I-Interstate, F-Federal, C-County, M-Municipal, P-Private Prop., O-Other | |

| On Street, Road or Highway | At Intersection of or Between (Node 1) | And (Node 2) |
|---|---|---|
| AL. 27 | Co. Rd. 123 | Coffee County Line |

Street or Road Code: S027 / 7210     Node Code: 1→2 / 7207     001.10 Feet/Miles From Node 1 (circled)

NONCOLLISION EVENT / COLLISION EVENT codes listed

| Intersection Related | Mile Post | Control Access Hway Loc | | Prime Contr Circms | Prime Contr Unit No |
|---|---|---|---|---|---|
| 1-Node 1  2-Node 2  (N) Not Int. Related | 048.80 | 1-Main Rd  2-Frontage Rd  3-Interchange  4-Entrance Ramp  5-Exit Ramp  (6) N/A | | 23 | 1 |

| First Harmful Event | Event Location | Distance to Fixed Object | No. of Vehicles | No. Pedestrians | No. Injured | No. Fatalities | Unit 1 Type | Unit 2 Type |
|---|---|---|---|---|---|---|---|---|
| 20 | 1 | NA FT. | | | | | | |

## UNIT NO 3 — LEFT SCENE / COM VEH / UNIT 1

| Driver Full Name | Street Address | City and State | ZIP | Telephone No. |
|---|---|---|---|---|
| Juan G. P. Haddock | 705 Whittle Hudson Rd. | Ozark, AL. | 36360 | 334-774-0712 |

| DOB | Race | Sex | DL State | Driver License No. | DL Class | DL Status | List Restrictions Not Complied With | CDL Status | List Endorsements Not Complied With | Residence Less Than 25 Miles |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 / 27 / 1954 | H | M | AL | 9319307 | D | C | N (X) | N | | Yes / No |

| Place of Employment | Liability Insurance Co. | Social Security No. |
|---|---|---|
| Wallace College  Dothan, AL. | AIU | 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 |

| Driver Condition | Sobriety — Officer's Opinion | Type Test Given | Test Results |
|---|---|---|---|
| (1) No Defect  2-Apparently Asleep  3-Fatigued  4-Ill  8-Other  9-Unknown | Alcohol: Yes / (No) / Unk    Drugs: Yes / (No) / Unk | (9) No Test  1-Blood  2-Breath  3-Urine  4-Unable to Administer  5-Refused | NA |

| Maneuver | Travel Road Name | Road Code | Travel Direction | Other Contr Circumstance | Prime Harm Event | Event Loc |
|---|---|---|---|---|---|---|
| 01 | AL. 27 | S027 | (N) E S W A-Not on Rd  U-Unk | 97 | 20 | 1 |

| Veh Year | Make | Model | Body | V.I.N. | License Tag Number | State | Year |
|---|---|---|---|---|---|---|---|
| 1995 | Chry | Leb | 2D | 1C3EU4536SF607139 | 26B566D | AL | 2005 |

Owner's Name: Same    Street or R.F.D.    City    State    ZIP

### Codes

Type: (1) Auto  2-StaWagon  3-Pick Up  4-Van  5-Truck Tractor  6-Other Truck  7-Comm. Bus  8-School Bus  9-Other Bus  10-Motorcycle  11-Moped  12-M. Scooter  13-Pedal Cycle  14-Farm Mach.  15-Train  16-Road Equip.  17-Ridden Animal  18-M. Home (R.V.)  19-ATV  98-Other

Usage: (1) Personal  2-Driver Trng.  3-Construction  4-Ambulance/Paramedical  5-Military  6-Taxi  7-Transport Prop.  8-Agriculture  9-Wrecker/Tow  10-Police  11-Other Business  12-Bus/Pass. Transport.  13-Fire Fighting  98-Other

Hazardous Cargo: (1) None  2-Explosive  3-Gas  4-Flam/Combust Liq.  5-Flammable Solids  6-Oxidizer/Peroxide  7-Poison  8-Radioactive Matl.  9-Corrosive Material  98-Other    Placard: Yes / No / (NA)

Attachment: (1) None  2-Mobile Home  3-Semi Trailer  4-Utility Trailer  5-4-Wheel Trailer  6-Boat Trailer  7-Camper Trailer  8-Towed Vehicle  9-Tanker  10-Pole Trailer  11-Double Trailer  98-Other    Oversized Load (Req. Permit): Yes / No / (NA)    If Yes, Did Owner Have Permit?: Yes / No / (NA)

Contributing Defect: (97) None  1-Brakes  2-Steering  3-Power Plant  4-Suspension  5-Tires  6-Exhaust  7-Lights  8-Turn Signal  9-Windows/W. Shield  10-Restraint Sys.  11-Wheels  12-Truck Coupling  13-Cargo  14-Fuel System  98-Other  99-Unknown

Circle areas Damaged On Diagram: 10-Under Carriage  (11 circled)  95-N/A

| Speed Limit | Est. Speed | Citation Offense Charged | Damage Severity | Vehicle Towed Away? | Occupants in Unit | Total Injuries in Unit | Attachment |
|---|---|---|---|---|---|---|---|
| 55 MPH | 50 MPH | None | (2) Not Disabled  1-None Visible  3-Disabled | Yes / (No) | 2 | (circled) | 11 |

Vehicle Towed By Whom: NA    To Where: NA    Enter Point of Initial Impact: 1

## UNIT NO X — LEFT SCENE / COM VEH / VEHICLE OR PEDESTRIAN

| Driver/Pedestrian Full Name | Street Address | City and State | ZIP | Telephone No. |
|---|---|---|---|---|
| | | | | |

| DOB | Race | Sex | DL State | Driver License No. | DL Class | DL Status | List Restrictions Not Complied With | CDL Status | List Endorsements Not Complied With | Residence Less Than 25 Miles |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Yes / No |

Place of Employment    Liability Insurance Co.    Social Security No.

Driver/Ped Condition: 1-No Defect  2-Apparently Asleep  3-Fatigued  4-Ill  8-Other  9-Unknown    Sobriety — Officer's Opinion: Alcohol Yes/No/Unk  Drugs Yes/No/Unk    Type Test Given: 9-No Test  1-Blood  2-Breath  3-Urine  4-Unable to Administer  5-Refused    Test Results

Maneuver/Action    Travel Road Name    Road Code    Travel Direction: N E S W A-Not on Rd U-Unk    Other Contr Circumstance    Prime Harm Event    Event Loc

Veh Year    Make    Model    Body    V.I.N.    License Tag Number    State    Year

Owner's Name    Street or R.F.D.    City    State    ZIP

(Same Type / Usage / Hazardous Cargo / Attachment / Contributing Defect / Circle areas Damaged code lists as above)

| Speed Limit | Est. Speed | Citation Offense Charged | Damage Severity | Vehicle Towed Away? | Occupants in Unit | Total Injuries in Unit | Attachment |
|---|---|---|---|---|---|---|---|
| MPH | MPH | | 1-None Visible  2-Not Disabled  3-Disabled | Yes / No | | | 11 |

Vehicle Towed By Whom:    To Where:    Enter Point of Initial Impact:

## CODES

Contributing Circumstances:
01-Improper Passing  02-Improper Lane Change/Usage  03-Improper Turn/U-Turn  04-Following Too Close  05-Misjudge Stopping Dist  06-Over Speed Limit  07-Avoid Object/Person/Veh  08-Unseen Object/Person  09-Improper Backing  10-Inop Traffic Control  11-Improper/No Signal  12-Fail to Heed Sign/Signal  13-Improper Driving-Environ  14-Road Defect  15-Vision Obstruction  16-Defective Equipment  17-DUI  18-Under Min Speed  19-Improper Load/Size  20-Improper Attachment  21-Fail to Yield Right-of-Way  22-Driver Condition  23-Wrong Side of Road  24-Veh Pushed/Towed by Veh  25-Veh Pushed by Person  26-Veh Left Road  27-Veh Not in Control  28-Load Shift  29-Parts/Cargo from Veh  30-Ped Violation

Driver Maneuver:
01-Go Straight Ahead  02-Pass on Left  03-Pass on Right  04-Pass on 1-Way Street  05-Go Straight—Left Turn Lane  06-Go Straight—Right Turn Lane  07-Ped Violation  08-Change Lanes—Right  09-Merge—Left  10-Merge—Right  11-Wrong Side of Road  12-Wrong Way—1-Way  13-Right Turn  14-Left Turn  15-U-Turn  16-Start from Park  17-Start in Traffic  18-Slowing/Stopping  19-Stopped in Traffic  20-Avoid Object in Road  21-Stopped Private Property  98-Other  99-Unknown

Pedestrian Action:
63-PediCyc Ride Against Traffic off Rd  64-PediCyc Ride Across Road  65-PediCyc Ride in Bike Path  70-Correct Parked Position  71-Parked—Legally  72-Parked—Illegally  80-In Road—Playing  81-Backing  86-Pushed By Vehicle  87-Pushed By Pedestrian  60-PediCyc Ride with Traffic in Road  61-PediCyc Ride with Traffic off Rd  62-PediCyc Ride Against Traffic in Road  98-Other  99-Unknown  01-Cross/Enter—Intersection  02-Cross/Enter—Other  03-Walk in Road—With Traffic  04-Walk in Road—Against Traffic  05-Stand in Roadway  06-Get on/off Vehicle  07-Push/Work on Vehicle  08-In Road—Other Work  10-In Road—Other

Event Loc:
1-On Roadway  2-Off Roadway  3-Median  4-Driveway  5-Private Road/Property  6-In Intersection

## SEATING

| | 1 | 2 | 3 | 10 | Other Involved Unit (Circle One) |
|---|---|---|---|---|---|
| | 3 | 42 | 42 | | 12 - Pedestrian |
| | 4 | 5 | 6 | 11 | 13 - Rider of Domestic Animal |
| Unit | | | | | 14 - Occ. of Non-Motorized Vehicle |
| | 7 | 8 | 9 | | 15 - Victim of Other Circumstance/ Codes Not Applicable |
| | | | | | Other Involved Safety Equipment |

| | 1 | 2 | 3 | 10 | Other Involved Unit (Circle One) |
|---|---|---|---|---|---|
| | X | | | | 12 - Pedestrian |
| | 4 | 5 | 6 | 11 | 13 - Rider of Domestic Animal |
| Unit | | | | | 14 - Occ. of Non-Motorized Vehicle |
| | 7 | 8 | 9 | | 15 - Victim of Other Circumstance/ Codes Not Applicable |
| | | | | | Other Involved Safety Equipment |

**CODES — SAFETY EQUIPMENT**
01 - None Installed
95 - Not Applicable
99 - Unknown (Any Type)
Lap Belt Only
 11 - Fastened
 12 - Not Fastened
Lap/Shoulder Harness
 21 - Lap Only Used
 22 - Neither Used
 23 - Shoulder Only Used
 24 - Both Used
Motorcycle Helmet
 31 - None Used
 32 - Used
Air Bags
 41 - Deployed, Belts Used
 42 - Not Deployed, Belts Used
 43 - Deployed, Belts Not Used
 44 - Not Deployed, Belts Not Used
Child Restraints
 81 - Child Restraint Used
 82 - Other Restraint Used
 83 - None Used
Pedal Cycle/Pedestrian
 91 - Contrasting Clothing
 92 - Non-contrasting Clothing

## VICTIMS — N/A [X]

Name: NA   Address:   Unit No / Seat Pos / Injury Type / Age / Sex / Ejection / First Aid By
Taken To:   Taken By:

Name: NA   Address:
Taken To:   Taken By:

## CODES

**Injury Type**: K - Killed   B - Bruise/Abrasion/Swelling   A - Visible or Carried from Scene   C - Not Visible—Has Pain/Faint
**Ejected**: N - Not   F - Fully   P - Partially   T - Trapped   U - Unknown   A - Not Applicable
**First Aid By**: A - Ambulance Attended   D - Doctor   M - Paramedic   O - Other   P - Police   U - Unknown   N - None

## NARRATIVE AND DIAGRAM

See Sheet 3 Of 3 Sheets!

**Officer's Opinion of What Happened:** See Sheet 3 Of 3 Sheets!

## ROADWAY ENVIRONMENT — N/A 3 / N/A [X]

Unit 3: **3**
Unit: **X**

**Contributing Road Defects**: (4) 4 - None; 1 - Shoulders Low; 2 - Shoulders High; 3 - Holes, Bumps, Etc.; 8 - Other
**Surface Construction**: (1) 1 - Asphalt; 2 - Concrete; 3 - Brick; 4 - Unpaved; 8 - Other
**Condition**: (1) 1 - Dry; 2 - Wet; 3 - Icy; 4 - Snowy/Slushy; 5 - Muddy; 8 - Other
**Accident In Or Related To Road Construction Zone?**: Yes / (No)
**Material In Roadway (Contributing)**: (1) 1 - None; 2 - R...; 3 - Trees/Limbs; 4 - Dirt; 5 - Gravel; 6 - Oil/Petrol; 8 - Other
**Material Source**: (1) 1 - Not Applicable; 2 - Natural Environment; 3 - Dropped From Vehicle; 4 - Already in Road, But Fell From Vehicle; 8 - Other; 9 - Unknown
**Character**: (1) 1 - Straight—Level; 2 - Straight—Down Grade; 3 - Straight—Up Grade; 4 - Straight—Hillcrest; 5 - Curve—Level; 6 - Curve—Down Grade; 7 - Curve—Up G...; 8 - Curve—Hill...

**Vision Obscured By**: (97) 97 - Not Obscured; 1 - Buildings; 2 - Signboard; 3 - Trees, Crops, Bushes; 4 - Blowing Snow/Sand; 5 - Hillcrest; 6 - Curve in Road; 7 - Fog; 8 - Parked Vehicle; 9 - Moving Vehicle(s); 10 - Blinded by Sunlight; 11 - Fire/Smoke; 12 - Dust; 13 - Blinded by Headlights; 14 - Embankment; 15 - Rain on Windshield; 16 - Snow on Windshield; 98 - Other; 99 - Unknown

**Traffic Control**: 1 - Police Officer; 2 - R.R. Crossing Gates; 3 - R.R. Flashing Lights; 4 - R.R. Cross Bucks/Pave Mark; 5 - Pedestrian Control; 6 - Traffic Signal; 7 - Flashing Beacon; 8 - Stop Sign; (9) - Yield Sign; (10) - Lane Control Device; 11 - Flagger; 12 - No Passing Zone; 97 - None; 98 - Other
**Traffic Control Functioning**: (Yes) / No / N/A
**DOT Railroad Crossing No**: NA

**Opposing Lanes Separated By**: 97 - None; 1 - Paved Surface; 2 - Unpaved Surface; 3 - Broken Painted Line; (4) 4 - Solid Painted Line; 5 - Concrete Barrier; 6 - Metal Guard Rail; 7 - Fence; 98 - Other Barrier
**Trafficway Lanes**: 1 - One Lane; (2) 2 - Two Lanes; 3 - Three Lanes; 4 - Four Lanes; 5 - Five Lanes; 6 - Six Lanes or More
**One-Way Street**: Yes / (No)

**Light**: 1 - Daylight; (4) Darkness—Road Not Lit; 2 - Dawn; 3 - Dusk; 5 - Darkness—Road Lit
**Weather**: 1 - Clear; (2) Cloudy; 3 - Rain; 4 - Snow; 5 - Sleet/Hail; 6 - Crosswind; 7 - Fog; 8 - Other
**Locale**: (1) Open Country; 2 - Residential; 3 - Shop'g or Business; 4 - Mfg. or Industrial; 5 - School; 6 - Playground; 8 - Other
**Non-Vehicular Property Damage**: (1) None Visible; 2 - Light; 3 - Moderate; 4 - Severe
**Property Damage Description**: Description: ; Owner: NA; Address:

## INVESTIGATION

Time Police Notified: 9:08 PM
Time Police Arrived: 9:35 PM
Time EMS Arrived: 9:11 PM
Name of Photographer: NA

Witness Full Name: NA   Address:   Telephone:
Witness Full Name: NA   Address:   Telephone:

Name of Investigating Officer: James W. Davis   Officer ID: 228   Agency ORI: ALAST3800   Supervisor Reviewed: 54
Name of Other Investigating Officer(s) at Scene: NA   Officer ID:   Agency ORI:

The data on this report reflects my best knowledge, opinion and belief covering the accident, but no warrant is made as to the factual accuracy thereof.
Signature of Investigating Officer: James W. Davis 228
Date: 08-09-2004

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

4521656

LOCAL CASE NO.

**SUPPLEMENTAL SHEET**

SHEET 3 OF 3 SHEET(S)

AST No. 34 Rev. 4/86

ADDITIONAL ACCIDENT VICTIMS

| # | Name | Address | Taken to | Taken by | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | NA | | | | | | | | | | |
| 4 | NA | | | | | | | | | | |
| 5 | NA | | | | | | | | | | |
| 6 | NA | | | | | | | | | | |
| 7 | NA | | | | | | | | | | |
| 8 | NA | | | | | | | | | | |
| 9 | NA | | | | | | | | | | |
| 10 | NA | | | | | | | | | | |
| 11 | NA | | | | | | | | | | |
| 12 | NA | | | | | | | | | | |

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)**

Veh.#1 was traveling South on AL. 27. Veh.#2 was traveling North on AL. 27. Veh.#3 was also traveling North on AL. 27 behind Veh.#2. Veh.#2 had just passed Veh.#3 in a no passing zone and got back into the Northbound lane when it met Veh.#1 Southbound in the Northbound lane. Driver of Veh.#2 swerved to the right and then swerved hard to the left attempting to avoid Veh.#1. The right front of Veh.#2 made impact with the right front of Veh.#1 in the Northbound lane. Veh.#1 partialy left the roadway and came to a stop on the Northbound side. Veh.#2 partialy left the roadway on the Southbound side and came to a stop. Veh.#3 approaching this scene immediately behind Veh.#2 was unable to stop. The front of Veh.#3 made light impact with the right rear of Veh.#1 in the Northbound lane. Veh.#3 came to a stop in the Northbound lane. Driver of Veh.#3 is listed as a witness on this report and stated that Veh.#1 was clearly on the wrong side of the road prior to impact. He also stated that V#2 had just passed him and that it was his opinion that Veh.#2 was traveling well over the speed limit. Driver of Veh.#1 stated that all she remembered was that she dropped her cellular telephone and was trying to pick it up.

