IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **RUSSELL E. GARNER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv781-MHT |
| | ) | |
| **PROGRESSIVE DIRECT** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 11) is set for submission, without oral argument, on March 20, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 5th day of March, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE