IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **RUSSELL E. GARNER,** | ) |
| | ) |
|     **PLAINTIFF,** | ) |
| | ) |
| **VS.** | ) **CIVIL CASE NO.: 01:06cv781-MHT** |
| | ) |
| **PROGRESSIVE DIRECT INSURANCE COMPANY,** | ) |
| | ) |
|     **DEFENDANT.** | ) |

## NOTICE OF DEPOSITION

You are hereby notified that the plaintiff will take the testimony by deposition of Dr. J. Walter Jacobs, upon oral examination for the purpose of discovery or for use as evidence in this cause, or for both purposes, in accordance with the Alabama Rules of Civil Procedure, at the office of **Dr. J. Walter Jacobs, Southeastern Psychological and Counseling Services, LLC, 256 Honeysuckle Road, Suite 14, Dothan, Alabama, 36305, on March 7, 2007, beginning at 4:00 p.m.,** before a court reporter, notary public, or some other person authorized by law to administer oaths and take depositions. The examination will continue from day to day until completed. You are invited to attend and cross-examine.

 

_____
David W. Rousseau (ROU007)
Attorney for Plaintiff
211 W. Adams Street
Dothan, Alabama 36303
(334) 699-9000

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing by placing a copy of the same in the U.S. Mail, postage prepaid, and properly addressed this the ____ day of _____, 2007, upon the following.

Jeff Hunter
Nix, Holtsford, Gilliland,
Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL  36103

Court Reporting Associates
P.O. Box 1995
Dothan, AL  36302

 

                                            _____
                                            David W. Rousseau