## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **RUSSELL E. GARNER,** | ) |
| | ) |
|     **PLAINTIFF,** | ) |
| | ) |
| **VS.** | ) **CIVIL CASE NO.: 01:06cv781-MHT** |
| | ) |
| **PROGRESSIVE DIRECT INSURANCE COMPANY,** | ) ) |
| | ) |
|     **DEFENDANT.** | ) |

### NOTICE OF DEPOSITION

You are hereby notified that the plaintiff will take the testimony by deposition of Dr. Michelle Turnley upon oral examination for the purpose of discovery or for use as evidence in this cause, or for both purposes, in accordance with the Alabama Rules of Civil Procedure, at the office of **Dr. Michelle Turnley, Orthopedic Sports Medicine Clinic of Alabama, 200 Montgomery Highway, Suite 200, Birmingham, Alabama, 35216, on March 8, 2007, beginning at 4:00 p.m.,** before a court reporter, notary public, or some other person authorized by law to administer oaths and take depositions. The examination will continue from day to day until completed. You are invited to attend and cross-examine.

 

_____
David W. Rousseau (ROU007)
Attorney for Plaintiff
211 W. Adams Street
Dothan, Alabama  36303
(334) 699-9000

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing by placing a copy of the same in the U.S. Mail, postage prepaid, and properly addressed this the ___ day of _____, 2007, upon the following.

Jeff Hunter  
Nix, Holtsford, Gilliland,  
Higgins & Hitson, P.C.  
P.O. Box 4128  
Montgomery, AL  36103

American Court Reporting  
Attn:  Melissa Lee  
P.O. Box 12765  
Birmingham, AL  35202

                                        _____  
                                        David W. Rousseau