**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| RUSSELL E. GARNER, | * |
| | * |
|     PLAINTIFF, | * |
| | * |
| VS. | *   Case No. 1:06cv781-MHT |
| | * |
| PROGRESSIVE DIRECT INSURANCE | * |
| COMPANY, | * |
| | * |
|     DEFENDANT. | * |

**PLAINTIFF'S NOTICE OF FILING DISCOVERY**

PLEASE TAKE NOTICE that the following discovery documents have been served on behalf of the Plaintiff, Russell E. Garner.

( **XX** ) Plaintiff's Notice of Deposition of Dr. Michelle Turnley.

Dated this the ____ day of March, 2007.

                                                 s/ David W. Rousseau
                                               David W. Rousseau (ROU007)
                                               Attorney for Plaintiff
                                               211 W. Adams Street
                                               Dothan, Alabama 36303
                                               (334) 699-9000

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon the following, by placing the same in the U.S. Mail, postage prepaid, and properly addressed this the ___ day of March, 2007.

Jeff Hunter
Nix, Holtsford, Gilliland,
Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL  36103


American Court Reporting

Attn:  Melissa Lee
P.O. Box 12765
Birmingham, AL  35202

                                                               <u>s/David W. Rousseau</u>
                                                               David W. Rousseau

The Gamble Law Firm
206 East Main Street
Dothan, AL 36301

Kyle L. Kinney
Gaines, Wolter & Kinney, P.C.
3500 Blue Lake Drive, Suite 425
Birmingham, AL 35243