**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

March 6, 2007

# NOTICE OF NON-COMPLIANCE

To:                  ALL COUNSEL OF RECORD

Case Style:          **Russell E. Garner v. Progressive Direct Insurance Company**

Case Number:         **#1:06-cv-00781-MHT**

Referenced Pleading: Notices

Docket Entry Number:   #15 - Notice of Deposition
                       #16 - Notice of Deposition
                       #17 - Notice of Filing Discovery
                       #18 - Notice of Filing Discovery

**The referenced pleadings were electronically filed on 3/5/2007 in this case and are not in compliance with the local rules and/or administrative procedures of this court.**

**\*\*\*\*\*\*These pleadings are discovery and are not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.**

**The pleadings are hereby STRICKEN from the record and the parties are instructed to disregard the entry of these pleadings on the court's docket. Parties should be aware that the striking of these entries does not affect their responsibilities as to the discovery process.**