IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUSSELL E. GARNER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NUMBER: 01:06cv781-MHT |
| | * | |
| PROGRESSIVE DIRECT INSURANCE | * | |
| COMPANY, | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney and enters his formal appearance as additional counsel on behalf of the defendant in this matter.

                                        Respectfully Submitted,

                                        s/Jeffrey G. Hunter
                                        JEFFREY G. HUNTER(HUN028)
                                        Attorney for Progressive Direct
                                        Insurance Company

OF COUNSEL
Nix, Holtsford, Gilliland,
Higgins, & Hitson, P.C.
P.O. Box 4128
Montgomery, AL  36103
334-215-8585

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing has been served via first class mail, postage prepaid on March 9, 2007 to the following:

David W. Rousseau
211 W. Adams Street
Dothan, Alabama 36303

                                          s/Jeffrey G. Hunter
                                          OF COUNSEL