IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUSSELL E. GARNER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NUMBER: 01:06cv781-MHT |
| | * | |
| PROGRESSIVE DIRECT INSURANCE | * | |
| COMPANY, | * | |
| | * | |
| Defendant. | * | |

### DEFENDANT PROGRESSIVE DIRECT INSURANCE COMPANY'S WITNESS LIST

COMES NOW Defendant, Progressive Direct Insurance Company, and does hereby reserve the right to call the following witnesses at the trial of this matter:

1. Russell E. Garner (expected to testify)
   888 Will Logan Road
   Ozark, Alabama 36360
   334-237-3071

2. Cindy R. Greene (expected to testify)
   347 County Road 401
   Ozark, Alabama 36360
   334-774-7422

3. Trooper James W. Davis (expected to testify)
   Alabama Department of Public Safety
   Dothan Post
   334-983-4587

4. Juan G. P. Haddock (expected to testify)
   705 Whittle Hudson Road
   Ozark, Alabama 36360
   334-774-0712

5. Any witnesses identified in subsequent discovery.

6. Any witness necessary for impeachment or rebuttal after presentation of Plaintiff's

      case.

7. Any witness necessary for the authentication of documents.

8. Any witness identified by the Plaintiff on his witness list.

9. Defendant respectfully reserves the right to amend this witness list as needed.


                                          s/Alex L. Holtsford, Jr.
                                          Alex L. Holtsford, Jr. (HOL048)
                                          Jeffrey G. Hunter (HUN028)
                                          Attorneys for Defendant Progressive Direct Insurance Company

OF COUNSEL:
*NIX HOLTSFORD GILLILAND*
*HIGGINS & HITSON, P.C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

David W. Rousseau
211 W. Adams Street
Dothan, Alabama 36303

      This the 9th day of March, 2007.

                                          s/Alex L. Holtsford, Jr.
                                          OF COUNSEL