IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


RUSSELL E. GARNER,                )
                                  )
     Plaintiff,                   )
                                  )        CIVIL ACTION NO.
     v.                           )         1:06cv781-MHT
                                  )
PROGRESSIVE DIRECT                )
INSURANCE COMPANY,                )
                                  )
     Defendant.                   )

ORDER

It is ORDERED that the motion for extension of time to conduct discovery (Doc. No. 19) is denied for the following reason.

"A request or motion for extension of a deadline in any court order ... must indicate that movant has, in a timely manner, previously contacted counsel for all other parties; and ..., based on that contact, must state whether counsel for all other parties agree to or oppose the extension request or motion," and "[a] request or motion that fails to meet this requirement will be denied

outright, unless the movant offers a credible explanation in the request or motion why this requirement has not been met." Scheduling Order (Doc. No. 7), § 9(B).  Movant here has failed to comply with these requirements.

DONE, this the 12th day of March, 2007.


　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE