IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **RUSSELL E. GARNER,** )<br>  )<br>   Plaintiff, )<br>  )<br>   v. )<br>  )<br>**PROGRESSIVE DIRECT** )<br>**INSURANCE COMPANY,** )<br>  )<br>   Defendant. ) | CIVIL ACTION NO.<br>1:06cv781-MHT |

ORDER

It is ORDERED that the motion for leave to conduct discovery past discovery cut-off date (Doc. No. 25) is granted.

DONE, this the 15th day of March, 2007.

　　　　　　　　　　　　　   /s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**