IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUSSELL E. GARNER ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE NO.: 01-06cv781-MHT |
| ) | |
| PROGRESSIVE DIRECT INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| DEFENDANT. ) | |

### PLAINTIFF RUSSELL GARNER'S EXHIBIT LIST

COMES NOW the Plaintiff, Russell Garner, by and through the undersigned counsel, and does hereby submit the following exhibit list:

Exhibit 1:   Any and all pleadings.

Exhibit 2:   Any and all discovery that has been exchanged between the parties.

Exhibit 3:   Plaintiff's tax returns.

Exhibit 4:   Photographs of Plaintiff after the accident which is the subject of this suit.

Exhibit 5:   Photographs of Plaintiff's vehicle after the accident which is the subject of this suit.

Exhibit 6:   Medical records and charges of J. Walter Jacobs, Ph.D for his treatment of the Plaintiff related to this accident.

Exhibit 7:   Medical records and charges of Dr. Michelle Turnley for her treatment of the Plaintiff related to this accident.

Exhibit 8:   Medical records and charges of Dr. J. Ryan Conner for his treatment of the Plaintiff related to this accident.

Exhibit 9:   Medical records and charges of Anesthesia Consultants for their treatment of the Plaintiff related to this accident.

Exhibit 10: Medical records and charges of Crimson Emergency Physicians for their treatment of the Plaintiff related to this accident.

Exhibit 11: Medical records and charges of Dale Medical Center for their treatment of the Plaintiff related to this accident.

Exhibit 12: Medical records and charges of Wiregrass Radiological Consultants for their treatment of the Plaintiff related to this accident.

Exhibit 13: Medical records and charges of Emergystat of Sulligent for their treatment of the Plaintiff related to this accident.

Exhibit 14: Medical records and charges of Dr. Taylor Caffey for his treatment of the Plaintiff related to this accident.

Exhibit 15: Medical records and charges of Orthopedic Sports Medicine Clinic of AL for their treatment of the Plaintiff related to this accident.

Exhibit 16: Medical records and charges of Dr. Dutt for his treatment of the Plaintiff related to this accident.

Exhibit 17: Medical records and charges of Southeastern Psychological for their treatment of the Plaintiff related to this accident.

Exhibit 18: Medical records and charges of Southeast Alabama Medical Center for their treatment of the Plaintiff related to this accident.

Exhibit 19: Medical records and charges of Pain Management for their treatment of the Plaintiff related to this accident.

Exhibit 20: Medical records and charges of E. Ross Clifton for his treatment of the Plaintiff related to this accident.

Exhibit 21: Medical records and charges of Fairview Clinic for their treatment of the Plaintiff related to this accident.

<u>s/David W. Rousseau</u>
David W. Rousseau (ROU007)
Attorney for Plaintiff
211 W. Adams Street
Dothan, AL 36303
334-699-9000

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Jeffrey G. Hunter
Alex G. Holtsford, Jr.
Nix, Holtsford, Gilliland,
Higgins & Hitson, P.C.
Montgomery, AL 36103-4128

<u>s/ David W. Rousseau</u>
OF COUNSEL