## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

RUSSELL E. GARNER          )
                                  )
      PLAINTIFF,        )
                                  )
VS.                            )     CASE NO.:  01-06cv781-MHT
                                  )
PROGRESSIVE DIRECT INSURANCE )
COMPANY,                  )
                                  )
      DEFENDANT.      )

## PLAINTIFF RUSSELL GARNER'S WITNESS LIST

COMES NOW Plaintiff, Russell Garner, and does hereby reserve the right to call the following witnesses at the trial of this matter:

1. Russell E. Garner
   888 Will Logan Road
   Ozark, AL  36360
   334-237-3071

2. Cindy R. Green
   347 Co. Rd. 401
   Ozark, AL  36360
   334-774-7422

3. Juan G. P. Haddock
   705 Whittle Hudson Road
   Ozark, AL  36360
   334-774-0712

4. Any witness identified by the Defendant on their witness list.

5. Plaintiff respectfully reserves the right to amend this witness list as needed.

6  Dr. J. Walter Jacobs, Ph.D
   Southeastern Psychological &
   Counseling Service, LLC
   256 Honeysuckle Rd., Suite 14
   Dothan, AL  36305
   334-794-5467

7   Dr. Michelle Turnley
    Orthopedic Sports Medicine Clinic of AL
    200 Montgomery Hwy
    Suite 200
    Birmingham, AL  35216
    205-822-9595

8   Dr. J. Ryan  Conner
    Fairview Clinic
    Doctors Building, Suite 303
    1118 Ross Clark Circle
    Dothan, AL  36301-3034
    334-794-3192

9   Custodian of Records
    Anesthesia Consultants
    Doctors Building
    1118 Ross Clark Circle
    Suite 700
    Dothan, 36301
    334-793-5105

10  Custodian of Records
    Crimson Emergency Physicians
    P.O. Box 41697
    Philadelphia, PA  19101-1697
    1-800-355-2470

11  Custodian of Records
    Dale Medical Center
    126 Hospital Avenue
    Ozark, AL  36360
    334-774-2601

12  Custodian of Records
    Wiregrass Radiological Consultants
    2015 Alexander Dr.
    Dothan, AL  36301
    334-671-1696

13  Custodian of Records
    Emergystat of Sulligent
    P.O.  Box 22863
    Jackson, MS  39225-2863
    1-800-695-7828

14 Custodian of Records
   Dr. Taylor Caffey
   370 James Street
   Ozark, AL  36360
   334-774-8483

15 Custodian of Records
   Orthopedic Sports Medicine Clinic of AL
   200 Montgomery Hwy, Suite 200
   Birmingham, AL  35216
   205-822-9595

16 Custodian of Records
   Dr. Dutt
   Dale Medical Center
   100 Hospital Avenue
   Ozark, AL  36360

17 Custodian of Records
   Southeastern Psychological
   256 Honeysuckle Road
   Suite 14
   Dothan, AL  36305
   334-794-5467

18 Custodian of Records
   Southeast Alabama Medical Center
   P.O. Box 6987
   Dothan, AL  36302
   334-793-8111

18.Custodian of Records
   Pain Management
   P.O. Box 2153
   Department 3275
   Birmingham, AL  35287-3275
   205-930-7280

19 Custodian of Records
   E. Ross Clifton
   1108 Ross Clark Circle
   Dothan, AL  36301

20  Custodian of Records
Fairview Clinic
Suite 303
1118 Ross Clark Circle
Dothan, AL  36301
334-794-3196



s/David W. Rousseau
David W. Rousseau (ROU007)
Attorney for Plaintiff
211 W. Adams Street
Dothan, AL  36303
334-699-9000

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Jeffrey G. Hunter
Alex G. Holtsford, Jr.
Nix, Holtsford, Gilliland,
Higgins & Hitson, P.C.
Montgomery, AL  36103-4128


s/ David W. Rousseau
OF COUNSEL