IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUSSELL E. GARNER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NUMBER: 01:06cv781-MHT |
| | * | |
| PROGRESSIVE DIRECT INSURANCE | * | |
| COMPANY, | * | |
| | * | |
| Defendant. | * | |

### STIPULATION OF DISMISSAL

COME NOW all parties to this matter and stipulate that the entirety of this case has been settled, by compromise settlement, and is due to be dismissed, with prejudice, with each party to bear his or her own costs and expenses.

_____
DAVID W. ROUSSEAU (ROU007)
Attorney For Plaintiff

OF COUNSEL:
David W. Rousseau
211 W. Adams Street
Dothan, Alabama 36303
(334)699-9000

_____
ALEX L. HOLTSFORD, JR. (HOL048)
JEFFREY G. HUNTER (HUN028)
Attorney's for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND
HIGGINS & HITSON, P.C.
Post Office Box 4128
Montgomery, Alabama 36103
(334) 215-8585